UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

Debtor

Case No. _____
     Amended

**DEBTOR'S MOTION TO REOPEN CHAPTER 7 OR 13 CASE AND, IF APPLICABLE, TO VACATE DISMISSAL**

*Instruction to Filer:* File this motion with the applicable motion-to-reopen fee, if required (exceptions are noted below), and any unpaid balance of the original filing fee. Fees are found at www.orb.uscourts.gov/court-fees.

1. The debtor moves the court for an order reopening the case for the following reason (*check each reason that applies*):

   To pay overdue filing fees in order to receive a discharge.

   To file documents necessary for discharge (for example, Debtor Education Certificate or Local Bankruptcy Form 525, *Certification Re Payment of Domestic Support Obligations*).

   To file documents listed on an *Order and Notice of Time to File Document(s)* so the case may proceed. The debtor must file the documents within 14 days of entry of an order to reopen.

   To file a complaint or motion based upon an alleged violation of the terms of the discharge under 11 U.S.C. § 524. No motion to reopen fee is required.

   To redact a record already filed in the case pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 9037. If redaction is the only reason for reopening, no motion to reopen fee is required.

   Other:

Note that the court will not reopen (a) a case in which a discharge has been entered to accept or act upon a reaffirmation agreement or (b) a no-asset case in order to add a creditor.

1367.92 (12/1/2023)                              Page 1 of 2

2. The following grounds exist under FRBP 9024 for entry of an order reopening and, if applicable, an order vacating the dismissal (*check at least one and provide details in paragraph 3*):

    Mistake, inadvertence, surprise, or excusable neglect.

    Newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial.

    Fraud, misrepresentation, or misconduct by an opposing party.

    Other:

3. The debtor offers evidence to support a finding that grounds exist as indicated above (*check one*):

    In an affidavit or declaration attached to this motion.

    As follows:

_____
Signature of Debtor's Attorney, if any     Date

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Debtor (required)     Date

_____
Signature of Joint Debtor (if applicable)

_____
Debtor's Current Service Address