Fill in this information to identify the case:

Debtor 1: Myra Darlene Abou-Jamous

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF OREGON
(State)

Case number: 25-32743-dwh13

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

**Name of creditor:** U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust

**Court claim no.** (if known): N/A

**Last 4 digits of any number you use to identify the debtor's account:** 4646

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | Plan Review – 9/04/2025 | (5) | $ 450.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: ___ | | (10) | $ |
| 11. | Other. Specify: ___ | | (11) | $ |
| 12. | Other. Specify: ___ | | (12) | $ |
| 13. | Other. Specify: ___ | | (13) | $ |
| 14. | Other. Specify: ___ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Myra Darlene Abou-Jamous          Case number (if known)  25-32743-dwh13
           First Name  Middle Name  Last Name

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/  Michael S. Scott                                    Date   10/8/2025
    Attorney For Creditor

**Print:** Michael S. Scott, Esq.                          Title   Attorney for Creditor
    First Name   Middle Name   Last Name

Company    McCarthy & Holthus, LLP

Address    920 SW 3rd Avenue, 1st Floor
    Number           Street

    Portland, OR 97204
    City State ZIP Code

Contact phone   971-201-3200                    Email    bknotice@mccarthyholthus.com

## CERTIFICATE OF SERVICE

On 10/8/2025, I served the foregoing **NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES** on the following individuals by electronic means through the Court's ECF program

| **TRUSTEE** | **DEBTOR'S COUNSEL** |
|---|---|
| Wayne Godare | Troy Sexton |
| ecf_portland13@trustee13.com | troy@elevatelawpdx.com |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Andrei Mihai
Andrei Mihai

On 10/8/2025, I served the foregoing **NOTICE OF POSTPETITION FEES, EXPENSES, AND CHARGES** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Myra Darlene Abou-Jamous, 9175 SW 176th Ave., Beaverton, OR 97007

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 10/8/2025          /s/ Hue Banh
                           Hue Banh